IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MAHONEY<br>*On behalf of himself and all others similarly situated* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PMC PROPERTY GROUP, INC. | : | NO. 23-1666 |

**O R D E R**

**AND NOW, TO WIT:** This 21st day of August 2023, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, and without costs.

BY THE COURT:

_____
Berle M. Schiller, J.

Civ 2 (8/2000)
41(b).frm